United States Bankruptcy Court
Northern District of Alabama

In re:
Jonathan Daniels
Debtor

Case No. 13-71382-CMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1126-7 User: parnold Page 1 of 1 Date Rcvd: Jan 03, 2014
Form ID: pdf000 Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2014.

db +Jonathan Daniels, 12857 Olmsted Circle, Mc Calla, AL 35111-4701
cr +Capital One Auto Finance, P.O. Box 201347, Arlington, TX 76006-1347
cr +United Consumer Financial Serv., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite 200, Tucson, AZ 85712-1083
8020004 CAPITAL ONE NA, C/O BECKET AND LEE LLP, POB 3001, MALVERN PA 19355-0701
8054390 +CAPITAL ONE, N.A., PO Box 12907, Norfolk VA 23541-0907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2014 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2014 at the address(es) listed below:

C David Cottingham dcottingham@ch13tuscaloosa.com, dcottingham13@ecf.epiqsystems.com
Marshall Entelisano on behalf of Debtor Jonathan Daniels entelisanolawfirm@gmail.com, entelisanolaw@iamthewolf.com

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION**

**In the Matter of:**

| | | |
|---|---|---|
| Jonathan Daniels<br>SSN: XXX-XX-7962<br>DEBTOR(S). | }<br>}<br>}<br>}<br>} | **Case No: 13-71382-CMS13** |

**ORDER SUSTAINING**

This matter came before the Court on Thursday, January 02, 2014 09:00 AM, for a hearing on the following:

RE: Doc #37; Debtor's Objection to Claim #16 filed by Capital One, N.A. in the amount of $766.00

Proper notice of the hearing was given and appearances were made by the following:

Mac Halcomb, attorney for Trustee
Jan Eberhardt, attorney for Debtor

**It is therefore ORDERED ADJUDGED and DECREED that:**

The Debtor's Objection to Classification of Claim #16 filed by Capital One NA is SUSTAINED. Claim classified as unsecured for distribution purposes. Further, said Creditor is ordered to amend its claim upon liquidation of its collateral giving the Debtor credit for the proceeds from the sale of said collateral.

Dated: 01/03/2014

/s/ C. MICHAEL STILSON
C. MICHAEL STILSON
United States Bankruptcy Judge